IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § | |
|---|---|---|
| DEVIN TENBOER, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:16-CV-283-A |
| MAALT SPECIALIZED BULK LLC, ET AL., | § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the court's rulings during the telephone conference hearing conducted this date between the court and counsel for plaintiff, Devin Tenboer, on behalf of himself and those similarly situated, and counsel for defendants, Maalt Specialized Bulk, LLC, Maalt LP, and Vista Sand,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff against defendants be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear its own court costs and attorney's fees.

SIGNED August 10, 2016.

_____
JOHN McBRYDE
United States District Judge